> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 7/11/2025
>
> Defendants' time to oppose Plaintiff's motion for preliminary injunction is hereby extended to July 25, 2025. Plaintiff's time to submit his reply in further support of his motion for preliminary injunction, if any, is correspondingly extended to August 1, 2025.
>
> Furthermore, Specialized Loan Servicing, LLC's counsel, Hinshaw & Culbertson LLP, shall indicate whether they are remaining on this case or withdrawing as counsel by July 16, 2025.

<u>**Via ECF**</u>

Honorable Judge Vernon S. Broderick
United States District Court,
Southern District of New York
500 Pearl St., Ste. 8,
New York, New York 10007

      RE:    *Hao Zhe Wang v. Bank of America Corporation, et al.*
              Civil Action No. 23-CV-4508
              <u>Request for Adjournment and Briefing Schedule</u>

Dear Judge Broderick:

      This Firm represents Defendant Specialized Loan Servicing, LLC ("SLS") in the above-referenced matter.

      We are in receipt of the Court's Order of today (ECF No. 33), directing Defendants' oppositions to Plaintiff's motion for a preliminary injunction (the "Motion") by July 18. We write to respectfully request a reasonable one-week extension of that deadline to, and including, July 25, 2025. SLS is requesting additional time to address Plaintiff's Motion given that this Firm entered an appearance in this action just two (2) days ago on July 9, 2025.

      In accordance with Your Honor's Individual Rules, my office contacted Plaintiff for his consent and to arrive at an agreeable briefing schedule as to all parties, however Plaintiff did not consent. Counsel for Co-Defendant Bank of America Corporation has consented to this request.

      This is the first request for an adjournment of this Motion.

      We appreciate the Court's assistance in this matter.

                                  Respectfully submitted,

                                  */s/ Lisa A. Herbert*
                                  Lisa A. Herbert

LAH:clb

cc: Counsel of Record