UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
HAO ZHE WANG,                                                  :
                                                               :
                              Plaintiff,                       :
                                                               :          23-CV-4508 (VSB)
                 -against-                                     :
                                                               :          **ORDER**
BANK OF AMERICA CORPORATION, *et al.*,                         :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Before me is pro se Plaintiff's request for a preliminary injunction.  (Doc. 33.).  On July 25, 2025, Specialized Loan Servicing, LLC ("SLS") filed its opposition to Plaintiff's emergency motion for preliminary injunction.  (Doc. 46.)  SLS's opposition states: "[g]iven that Plaintiff has timely paid his monthly loan installments from July 2024 through the present, and to resolve [the preliminary injunction] motion, S[L]S will, as a one-time accommodation, be crediting Plaintiff's account for the June 2024 [missing] payment and will update the credit reporting to reflect that Plaintiff has been current through the present."  (*Id*. at 8.)

      ORDERED that, no later than August 29, 2025, SLS shall file a letter advising me whether it has (i) credited Plaintiff's account for the June 2024 missing payment and (ii) updated the credit reporting to reflect that Plaintiff's payments have been current through the present.

SO ORDERED.

Dated:     August 27, 2025
             New York, New York

                                                     Vernon S. Broderick
                                                     United States District Judge