**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

HAO ZHE WANG,

                       Plaintiff,

           -against-

BANK OF AMERICAN CORPORATION, et al.,

                    Defendants.

-----------------------------------------------------------------X

**23-CV-4508 (VSB) (VF)**

**ORDER RESCHEDULING**
**CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The conference in this matter is hereby rescheduled to **Thursday, February 26, 2026, at**

**12:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams

conference line at the scheduled time. **Please dial (646) 453-4442; access code [499 139 913#].**

       **SO ORDERED.**

DATED:     New York, New York
              February 4, 2026

                                     _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge