**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

HAO ZHE WANG,

Plaintiff,

-against-

BANK OF AMERICAN CORPORATION, et al.,

Defendants.

---------------------------------------------------------------X

**23-CV-4508 (VSB) (VF)**

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference is hereby scheduled for **Thursday, September 24, 2026, at 3:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [635 145 971#].**

**SO ORDERED.**

DATED: New York, New York
August 17, 2026

VALERIE FIGUEREDO
United States Magistrate Judge