**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

HAO ZHE WANG,

Plaintiff,

-against-

BANK OF AMERICAN CORPORATION, et al.,

Defendants.

---------------------------------------------------------------X

**23-CV-4508 (VSB) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court held a conference on September 24, 2026, wherein Defendants orally moved to stay discovery pending the Court's resolution of their motions to dismiss Plaintiff's complaint. For the following reasons, Defendants' motion to stay discovery is **GRANTED**.

"Although a motion to dismiss does not automatically stay discovery, district courts have considerable discretion to stay discovery pursuant to Federal Rule of Civil Procedure 26(c)." BAE Sys. Info. & Elec. Sys. Integration Inc. v. L3 Harris Cincinnati Elec. Corp., No. 23-CV-1860 (PAC), 2023 WL 4187489, at *1 (S.D.N.Y. June 26, 2023) (citing Hong Leong Fin. Ltd. (Sing.) v. Pinnacle Performance Ltd., 297 F.R.D. 69, 72 (S.D.N.Y. 2013)). In determining whether there is good cause to stay discovery, courts consider "(1) whether the defendant has made a strong showing that the plaintiff's claim is unmeritorious; (2) the breadth of discovery and the burden of responding to it; and (3) the risk of unfair prejudice to the party opposing the stay." Oestreicher v. Equifax Info. Servs., LLC, No. 23-CV-239 (NRM) (MMH), 2023 WL 3819378, at *1 (E.D.N.Y. June 5, 2023) (internal quotation marks omitted).

Defendants filed their motions to dismiss on October 1, 2025. ECF Nos. 64, 66. The motions are thus likely to be decided in the near future, thereby limiting the duration of any stay

of discovery and reducing any associated prejudice to Plaintiff. Moreover, Defendants' motions to dismiss make a strong showing that Plaintiff's claims are unmeritorious. Consequently, allowing discovery to proceed now may result in costly discovery that ultimately proves unnecessary. See HAHA Glob., Inc. v. City of New York, No. 25-CV-7170 (JPC) (GS), 2026 WL 1102557, at *4 (S.D.N.Y. Apr. 23, 2026) ("[B]ecause the disposition of the dismissal motions may significantly narrow, if not eliminate, the issues remaining in this case, the Court finds that proceeding with discovery while the motion is pending would waste the parties' resources and would constitute an undue burden on Defendants.") (internal quotations omitted).

The Clerk of Court is respectfully directed to close the motion at ECF No. 80.

**SO ORDERED.**

DATED: New York, New York
September 25, 2026

VALERIE FIGUEREDO
United States Magistrate Judge